---

### ANON.

Where a judgment rendered after verdict is affirmed by default in open court,
the defendant in error is entitled to judgment that he recover twice the
amount of his taxed bill of costs ; but he can claim no more than single
costs where the judgment was rendered on a report of referees.

THIS was a writ of error brought to reverse a judgment
rendered by a court of common pleas on a report of referees.
On the cause being called on the calendar, the defendant in
error (the plaintiff below) appeared and took a default against
the plaintiff in error, and moved for judgment of *affirmance*
and for the costs allowed by statute on affirmance after
verdict.

PER CURIAM. Where the judgment affirmed was ren
dered *after verdict,* the statute authorizes the court in its
discretion to give judgment that the defendant in error re-
cover twice the amount of his taxed bill of costs, 2 R. S. 618,
§ 33 ; and where the plaintiff in error in such case *suffers a
default* on the cause being called on the calendar, we have
directed a rule to be entered accordingly. But a judgment
on a report of referees is not within the terms of the
statute, and statutes giving costs are always construed
strictly. The motion cannot be granted.